UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INFORMATION NO. CR 614-023 |
| ) | VIO: 18 U.S.C. § 1349 |
| v. ) | Wire Fraud Conspiracy |
| ) | 18 U.S.C. § 1028A |
| ANGELLICA ROBERTS aka JELLY ) | Aggravated Identity Theft |

Count One
*Wire Fraud Conspiracy*

THE UNITED STATES ATTORNEY CHARGES THAT:

1. Beginning in or about 2009 and continuing until in or about June 2013, the exact dates being unknown, in the Southern District of Georgia and elsewhere, the defendant, ANGELLICA ROBERTS aka JELLY, did knowingly and willfully combine, conspire, confederate, and agree with others to commit Wire Fraud, that is, to devise and intend to devise a scheme and artifice to defraud and to obtain and attempt to obtain money and property from the Internal Revenue Service and Georgia Department of Revenue by means of materially false and fraudulent pretenses, representations, promises, and omissions, and for the purpose of executing such, did transmit and cause to be transmitted writings, signs, signals, pictures, and sounds by means of wire communication in interstate commerce, in violation of Title 18, United States Code, Section 1343.

2. It was part of the conspiracy and scheme and artifice that the defendant and her co-conspirators would obtain personal identifiers, such as names, dates of birth, and Social Security numbers, and use these means of identification to prepare and submit fraudulent tax returns in order to obtain tax refunds which were then converted to the conspirators' use.

All in violation of Title 18, United States Code, Section 1349.

## Count Two
### *Aggravated Identity Theft*

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

3. On or about February 6, 2013, in the Southern District of Georgia, the defendant, ANGELLICA ROBERTS aka JELLY, aided and abetted by others, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name and social security number of an individual whose initials are L.M., during and in relation to a felony violation of Title 18, United States Code, Section 1349, specifically, Wire Fraud Conspiracy, as described in Count One of this Information.

All in violation of Title 18, United States Code, Section 1028A.

_____
Edward J. Tarver
United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
C. Troy Clark
Assistant United States Attorney
*Lead Counsel*

_____
James D. Durham
First Assistant United States Attorney

_____
Nancy C. Greenwood
Assistant United States Attorney
Deputy Chief, Criminal Division

_____
Lamont A. Belk
Assistant United States Attorney
*Lead Counsel*