# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR614-023 |
| | ) | |
| ANGELLICA ROBERTS | ) | |

# ORDER

Guilty-plea convicted of aggravated identity theft and wire fraud conspiracy charges, doc. 17, Angellica Roberts moves the Court for appointment of counsel to assist her in moving for a sentence reduction under 18 U.S.C. § 3582. Doc. 20. Her motion is **DENIED**, as she has no right to counsel on this motion and has otherwise demonstrated no grounds for the Court to exercise its discretion. *See United States v. Webb*, 565 F.3d 789, 794 (11th Cir. 2009) ("[S]ince there is no statutory or constitutional right to counsel for a § 3582(c)(2) motion or hearing, the decision to appoint an attorney is left to the discretion of the district court.").

The Court also **DENIES**, for lack of jurisdiction, her motion (and letter/motion and "clarification" motion) to extend the statutory limitations period for filing a 28 U.S.C. § 2255 motion. Docs. 23, 24, 25 &

26. *Swichkow v. United States*, 565 F. App'x 840, 844 (11th Cir. 2014) ("Here, because Swichkow had yet to file an actual § 2255 motion at the time he sought an extension to the limitations period, there was no actual case or controversy to be heard. Thus, the district court properly concluded that it lacked jurisdiction to consider Swichkow's requests for an extension of time to file a § 2255 motion absent a formal request for habeas relief."); *see also Broadnax v. Jones*, 2015 WL 4977311 at * 1 (N.D. Fla. Aug. 4, 2015). To summarize, all of her pending motions are **DENIED**. Docs. 20, 23, 24, 25, & 26.

**SO ORDERED**, this  23rd  day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA