# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATEBORO DIVISION

| | | |
|---|---|---|
| ANGELLICA ROBERTS | ) | |
| | ) | |
| v. | ) | CV 616-138 |
| | ) | CR 614-023 |
| UNITED STATES OF AMERICA | ) | |

## ORDER

After an independent and de novo review and of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

So ORDERED, this 24 day of February, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA