# United States District Court
# Southern District of Georgia
# Statesboro Division

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 614-023 |
| | ) | |
| ANGELLICA ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In her latest request for post-conviction relief, Angellica Roberts asks the Court to reduce her sentence "pursuant [to] 18 U.S.C. § 3782(e) post-sentencing rehabilitation." Dkt. No. 40 at 1. Specifically, she seeks a sentence reduction because, while incarcerated, "she has received 18 certificates, plus completion of 15 hours, Drug Education Treatment totaling 750 hours." *Id.*

Defendant cites *Pepper v. United States*, 562 U.S. 476 (2011), in support of her motion. Dkt. No. 40 at 1 (arguing she "could be considered for a reduction of sentence," because in *Pepper* the Court had based its downward variance "on Pepper's lack of history of violation and [ ] Post-Sentencing Rehabilitation"). However, *Pepper* held that evidence of post-sentencing rehabilitation is relevant and may support a downward variance "when a defendant's sentence has been set aside on

appeal and his case remanded for resentencing." *Id.* at 490-91. Here, defendant is *not* before this Court on remand for resentencing. Therefore, 18 U.S.C. § 3742 and the holding of *Pepper* are inapplicable. *See, e.g., United States v. Damayo*, No. 1:10cr190, 2015 WL 4092456 (N.D. Ga. July 6, 2015); *United States v. Ramos*, No. 6:01cr90, 2011 WL 2413463 (M.D. Fla. June 14, 2011).

Roberts does not identify any other statute by which this Court is "expressly permitted" to reduce her sentence, nor does she argue that her sentencing range has been subsequently lowered by the United States Sentencing Commission. *See* 18 U.S.C. §§ 3582(c)(1)(B), (c)(2). As such, she has not shown that she is entitled to a reduction of sentence. Defendant's "Motion [for] Reconsideration 18 U.S.C. § 3742(e) Rehabilitation Programming" (dkt. no. 40) is **DENIED**.

**SO ORDERED**, this \_\_\_ day of _____, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA