FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 JAN -6 PM 3:53
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ANGELLICA ROBERTS, | ) | |
| | ) | |
| v. | ) | CR614-023 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 6 day of January, 2020.

LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Roberts objections, however, principally reassert purported defects in her initial prosecution. *See* doc. 51. They do not undermine, or even challenge, the Magistrate Judge's determination that the present § 2255 motion is an unauthorized successive motion. *See id.* at 3 (arguing that "the plea agreement shall be deemed invalid and enforceable."). She does assert that "the District Court violated *Clisby* [*v. Jones*, 960 F.2d 925 (11th Cir. 1992)] by not addressing ineffective assistance of counsel issues in her first motion to vacate." *Id.* However, Robert's original § 2255 motion was denied as untimely. *See generally* doc. 30, *adopted* doc. 38. Even assuming, therefore, a *Clisby* violation *could* restore this Court's jurisdiction to consider an unauthorized successive § 2255 motion, Robert's conclusory assertion of such a defect, contrary to the substance of the prior disposition, is not sufficient.